OATH—See Information.

OFF-SET—See Set-Off.

ORDER OF REMOVAL—See Pauper Cases 2, 3.

## P.

## PARTITION.

**POMEROY ET AL** *against* **TAYLOR.** *Franklin*, 1815.

TENANTS in common, who have not perfected their title, by 15 years' possession, under the Statute, may make partition by parol, provided this severance is accompanied by acts of possession, in severalty.